# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Pg 1 of 9

| | Y | N |
|---|---|---|
| Incident Report | | X |
| Investigation Completed | X | |
| Investigation Made at Scene | X | |
| Photographs | X | |
| Revised | | X |
| Fatality | | X |
| Hit and Run | | X |

**(1) Reporting Agency:** OKLAHOMA HIGHWAY PATROL
**Case Number (Agency Use):** F00614-19
**Motor Vehicles Involved:** 03
**Number Injured:** 03
**Number Killed:** 00

**(2) Date of Collision (mm/dd/yyyy):** 05/20/2019
**Time:** 1543
**County Number and Name:** 43 LOVE
**Nearest City or Town Number and Name:** In ☐ Near ☒ 00 THACKERVILLE

**(3) Distance from Nearest City or Town Limits:** 0020 Mi. ☒ Ft. ☐ N ☒ S ☐
**Control #:** 17
**Int ID:** 00 Mi. ☐ Ft. ☐ E ☐ W ☐
**Location:** 07
**East Grid:** 00.047
**North Grid:** 7 014 7
**Administrative:** PARIS

**(4) Street, Road or Highway:** I-35
**Distance from:** At ☐ 0010 Mi. ☐ Ft. ☒ N ☐ S ☒ E ☐ W ☐ of MM 7
**(Nearest) Intersecting Street, Road or Highway:**

**(5) Unit:** 01 **Occupants:** 01 **Type:** D **Hit & Run:** **CMV:** ☒
**Last Name:** SEARS **First:** GERALD **Middle:** LYNN **Suffix:** **DOB:** 12/21/1959 **Sex:** M

**(6) Address:** MAIL 2308 N LOCKHART ST **City:** SHERMAN **State:** TX **Zip:** 75092 **Telephone:** (903)771-8320

**(7) Driver License Number:** 29349652 **State:** TX **Class:** A **Endorsement(s):** **Restriction(s):** **Inj. Sev.:** 1 **Type of Injury:** 0 **Drv./Ped. Cond.:** 01 **OP Use:** 04

**(8) Air Bag:** 9 **Ejected:** 1 **Extricated:** 1 **Test:** 5 **(% BAC):** 0. **Transported by:** **To Medical Facility:** **License Plate Number:** 2354880 **State:** IN **Month:** 06 **Year:** 2019

**(9) VIN:** 3AKJGLD58FSGP3620 **Vehicle Year:** 2015 **Color:** WHI **2nd Color:** 0 **Make:** FRHT **Model:** CAS **Veh. Conf.:** 09 **Extent of Damage:** 4

**(10) Insurance Company Name:** CHEROKEE INS. CO **Insurance Verification:** 3 **Policy Number:** CA190001 **Insurance Telephone:** 8002100450

**(11) Vehicle Removed by:** Driver ☐ MISTLETOE WRECKER **Same as Driver:** ☐ **Owner's Last Name:** LGSI EQUIPT. OF INDIANA **First:** **Middle:** **Suffix:**

**(12) Owner's Address:** 1340 141ST ST **City:** HAMMOND **State:** IN **Zip:** 46327 **Oversized Load:** 0 **Towed Veh. Type:** 00 **Rolled:** ☐ **Burned:** ☐ **Phone present:** ☐ **Phone in use:** ☐

**(13) Citation Number:** M968372 **Statute/Ordinance Number:** T47 11901B **Citation Number:** **Statute/Ordinance Number:**

**(14) Unit:** 02 **Occupants:** 01 **Type:** C **Hit & Run:** **CMV:**
**Last Name:** VENTRESCA **First:** NICHOLAS **Middle:** AARON **Suffix:** SR **DOB:** 11/15/1987 **Sex:** M

**(15) Address:** 8920 MCKENZIE RD **City:** GUTHRIE **State:** OK **Zip:** 73044 **Telephone:** 9

**(16) Driver License Number:** S082124435 **State:** OK **Class:** D **Endorsement(s):** **Restriction(s):** **Inj. Sev.:** 2 **Type of Injury:** 3 **Drv./Ped. Cond.:** 00 **OP Use:** 00

**(17) Air Bag:** 1 **Ejected:** 1 **Extricated:** 1 **Test:** 5 **(% BAC):** 0. **Transported by:** SOAS **To Medical Facility:** NORTH TEXAS HOSPITAL **License Plate Number:** LONGBOW **State:** ND **Month:** 02 **Year:** 2020

**(18) VIN:** 3C63R3JL6JG140734 **Vehicle Year:** 2018 **Color:** BLK **2nd Color:** 0 **Make:** RAM **Model:** 3500 **Veh. Conf.:** 04 **Extent of Damage:** 4

**(19) Insurance Company Name:** TRAVELERS INS **Insurance Verification:** 2 **Policy Number:** ZPP81M40673 **Insurance Telephone:** 9

**(20) Vehicle Removed by:** Driver ☐ MCGEHEE WRECKER **Same as Driver:** ☐ **Owner's Last Name:** VENTRESCA **First:** NICHOLAS **Middle:** **Suffix:**

**(21) Owner's Address:** 8920 MCKENZIE RD **City:** GUTHRIE **State:** OK **Zip:** 73044 **Oversized Load:** 0 **Towed Veh. Type:** 04 **Rolled:** ☐ **Burned:** ☐ **Phone present:** ☐ **Phone in use:** ☐

**(22) Citation Number:** **Statute/Ordinance Number:** **Citation Number:** **Statute/Ordinance Number:**

**(23) Investigating Officer:** M Rodriguez **Badge Number:** 751 **Trp/Div. Assigned:** F **Trp/Div. Location:** F **Reviewer (Init.):** BS **Reviewer Badge Number:** 115 **Date of Report:** 05/20/2019

---

**Unit Type:** D Driver, P Pedestrian, X Pedestrian Conveyance, B Bicyclist, Z Other Cyclist, C Parked Car, A Animal, T Train

**Injury Severity:** 0 N/A, 1 No Injury, 2 Possible, 3 Non-incapacitating, 4 Incapacitating, 5 Fatal, 9 Unknown

**Type of Injury:** 0 N/A, 1 Head, 2 Trunk-External, 3 Trunk-Internal, 4 Arms, 5 Legs, 9 Unknown

**Driver/Pedestrian Condition:** 00 Not Applicable, 01 Apparently Normal, 02 Drinking - Ability Impaired, 03 Odor of Alcohol Beverage, 04 Illegal Drugs, 05 Under the Influence of Medications, 06 Very Tired, 07 Sleepy, 08 Ill (Sick), 09 Dizzy/Faint, 10 Emotional, 11 Other, 99 Unknown

**Occupant Protection (OP) In Use:** 00 Not Applicable, 01 None Used, 02 Lap Belt Only, 03 Shoulder Belt Only, 04 Shoulder and Lap Belt, 05 Child Restraint Type Unknown, 06 Restraint Used - Type Unknown, 07 Helmet, 08 Child Restraint - Forward Facing, 09 Child Restraint - Rear Facing, 10 Booster Seat, 11 Other, 99 Unknown

**Air Bag Deployed:** 0 Not Applicable, 1 Not Deployed, 2 Deployed - Front, 3 Deployed - Side, 4 Deployed - Other (knee, air belt, etc.), 5 Deployed - Combination, 9 Deployment Unknown

**Ejected:** 0 Not Applicable, 1 Not Ejected, 2 Ejected, Partially, 3 Ejected Totally, 9 Unknown

**Extricated:** 0 N/A, 1 No, 2 Yes

**Chemical Test:** 1 Blood, 2 Breath, 3 Blood/Breath, 4 Test Refused, 5 None Given, 6 Other

**Extent of Damage:** 0 N/A, 1 None, 2 Minor, 3 Functional, 4 Disabling, 9 Unknown

**Insurance Verification:** 0 N/A, 1 No, 2 Owner, 3 Operator, 4 Exempt

**Oversized Load:** 0 N/A, N Not Permitted, P Permitted

**Towed Vehicle Type:** 00 N/A, 01 Boat Trailer, 02 House Trailer, 03 Farm Trailer, 04 Horse Trailer, 05 Another Vehicle, 06 Utility Trailer, 07 Homemade, 08 Box Trailer, 09 Stock Trailer, 10 Camping Trailer, 11 Combination, 12 Other, 99 Unknown

**WARNING - STATE LAW** Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

| Field | Value |
|---|---|
| Case Number | F00614-19 |
| Pg | 2 of 9 |

### (24) Unit 02 — Passenger
- Injured: ☒  Passenger: ☒  Witness: ☐  Prop. Owner: ☐
- Pos in Veh.: 23
- Last Name: VENTRESCA
- First: NICHOLAS
- Middle: A
- Suffix: JR
- DOB: 03/30/2014
- Sex: M

### (25) Address
- Same as Driver: ☒
- Telephone: 9

### (26) Injury Severity / Type: 2 / 3
- OP Use: 08
- Air Bag: 1
- Ejected: 1
- Extricated: 1
- Transported by: SOAS
- To Medical Facility: NORTH TEXAS HOSPITAL

### (27)–(35) [blank]

---

**Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS., or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER**

### (36) Unit 01
- Carrier Name: UNIVERSAL TRK LOAD INC
- Address: 12755 NINE MILE RD

### (37)
- City: WARREN
- State: MI
- Zip: 48089
- GVWR: ☒ 0 - 10K lbs.; 10,001 - 26K lbs.; 26K+ lbs.
- GCWR: 26K+ lbs. ☒
- Axle Qty.: 03
- Cargo Body: 15
- Vehicle Use: Interstate Commerce ☒

### (38)
- U.S. DOT Number: 41208
- NASI Report Number: OK
- Haz. Mat. Involved: No ☒
- Haz. Mat. Release: No ☒

### (39)–(41) [blank, NASI: OK]

---

## Position in Vehicle / Vehicle Configuration / Cargo Body Type

**Position in Vehicle**: 11, 12, 13, 21, 22, 23, 31, 32, 33, 41, 42, 43, 51, 52, 54, 55

**Vehicle Configuration**:
- 00. N/A
- 01. Passenger Veh.-2 Dr
- 02. Passenger Veh.-4 Dr
- 03. Passenger Veh. Conv.
- 04. Pickup
- 05. Single Unit Truck, 2 axles
- 06. Single Unit Truck, 3+ axles
- 07. School Bus
- 08. Truck/Trailer
- 09. Truck-Tractor (Bobtail)
- 10. Truck-Tractor/Semi-Trailer
- 11. Truck-Tractor/Double
- 12. Truck-Tractor/Triple
- 13. Bus/Large Van 9-15 occupants including driver
- 14. Bus 16+ occupants including driver
- 15. Motorcycle
- 16. Motor Scooter/Moped
- 17. Motor Home
- 18. Farm Machinery
- 19. ATV
- 20. SUV
- 21. Passenger Van
- 22. Truck more than 10,000 lbs., Cannot Classify
- 23. Van 10,000 lbs. or Less
- 24. Other
- 99. Unknown

**Cargo Body Type**:
- 00. N/A
- 01. Bus 9-15 seats
- 02. Bus 16+ seats
- 03. Van / Enclosed Box / Stock Trailer
- 04. Cargo Tank
- 05. Flatbed
- 06. Intermodal
- 07. Dump Truck/Trailer
- 08. Concrete Mixer
- 09. Auto Transporter
- 10. Garbage/Refuse
- 11. Hopper (grain/chips/gravel)
- 12. Pole Trailer
- 13. Log Trailer
- 14. Vehicle Towing Vehicle
- 15. Other
- 99. Unknown

Position codes: 00. Not Applicable; 18. Front Row - Other; 28. Second Row - Other; 38. Third Row - Other; 48. Fourth Row - Other; 50. Sleeper Section of Truck Cab. See manual for additional seating examples.

DPS: 0192-02 REV 0107

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Case Number: F00614-19    Pg 3 of 9

## Unit Information

| Unit | Total Lanes in Roadway | Legal Speed | Pedestrian/Pedalcyclist Only – Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking |
|---|---|---|---|---|---|---|
| This unit will correspond to 'Unit 1' | 01 | 02 | 70 | | | | |
| This unit will correspond to 'Unit 2' | 02 | 00 | 70 | | | | |

**Was the collision in or near a construction, maintenance or utility work zone?** Yes ☐   No ☒

### Type of Work Zone
1 Lane Closure
2 Lane Shift/Crossover
3 Work on Shoulder or Median
4 Intermittent or Moving Work
9 Unknown

### Location of the Work Zone Collision
1 Before the First Work Zone Warning Sign
2 Advance Warning Area
3 Transition Area
4 Activity Area
5 Termination Area
9 Unknown

Workers Present   Yes ☐   No ☐   Unknown ☐

### Light: 1
1 Daylight
2 Dark-Not Lighted
3 Dark-Lighted
4 Dawn
5 Dusk
6 Dark-Unknown Lighting
7 Other
9 Unknown

### Weather: 03
01 Clear
02 Fog/Smog/Smoke
03 Cloudy
04 Rain
05 Snow
06 Sleet/Hail (Freezing Rain/Drizzle)
07 Severe Crosswind
08 Blowing Snow
09 Blowing Sand, Soil, Dirt
10 Other
99 Unknown

### Locality: 5
1 Residential
2 Business
3 Industrial
4 School
5 Not Built-up
6 Mixed Use
7 Other
9 Unknown

### Type of Intersection: 0
0 Not an Intersection
2 Y-Intersection
3 T-Intersection
4 Four-Way Intersection
5 Five-Point or More
6 Intersection as Part of Interchange
7 Traffic Circle
8 Roundabout
9 Unknown

### Incident Type: 00
00 Not an Incident
51 Private Property
52 Deliberate Intent
53 Medical Condition
54 Legal Intervention
55 Suicide
57 Drowning
58 Other

### Location of First Harmful Event: 02
01 On Roadway
02 Shoulder
03 Median
04 Roadside
05 Gore
06 Separator
07 Parking Lane/Zone
08 Off Roadway, Location Unknown
09 Outside Right-of-Way
10 Other
99 Unknown

### What Vehicle Was Going to Do
Unit 1: 01   Unit 2: 13
00 Not Applicable
01 Go Ahead
02 Turn Left
03 Turn Right
04 Make "U" Turn
05 Stop
06 Slow for Cause
07 Start from Park/Stop
08 Change Lanes
09 Overtake
10 Pass
11 Back
12 Remain Stopped
13 Remain Parked
14 Enter/Merge in Traffic
15 Negotiate a Curve
16 Park
17 Other
99 Unknown

### What Vehicle Did
Unit 1: 15   Unit 2: 07
00 Not Applicable
01 Went Ahead
02 Turned Left
03 Turned Right
04 Entered "U" Turn
05 Stopped
06 Slowed
07 Started From Park/Stop
08 Entered Other Lane
09 Overtaking
10 Passing
11 Backed
12 Remained Stopped
13 Remained Parked
14 Entered/Merged
15 Departed Rdwy-Right
16 Departed Rdwy-Left
17 Swerved Right
18 Swerved Left
19 Parked
20 Other
99 Unknown

### Visibility Obscured by
Unit 1: 00   Unit 2: 00
00 Not Applicable
01 Trees
02 Embankment
03 Building
04 Signs
05 Parked Vehicles
06 High Weeds
07 Fences
08 Shrubbery
09 Ice, Snow or Frost on Windows
10 Smoke
11 Fog
12 Dust
13 Rain
14 Sun
15 Other
99 Unknown

### Driver Distracted by
Unit 1: 4   Unit 2: 0
0 Not Applicable/None
1 Electronic Communication Devices
2 Other Electronic Device
3 Other Inside Vehicle
4 Other Outside Vehicle
9 Unknown

### Underride/Override
Unit 1: __   Unit 2: __
0 Not Applicable
1 No Underride or Override
2 Underride, Compartment Intrusion
3 Underride, No Compartment Intrusion
4 Underride, Compartment Intrusion Unknown
5 Override, Motor Vehicle in Transport
6 Override, Other Motor Vehicle
9 Unknown

### Traffic Control
Unit 1: 00   Unit 2: 00
00 No Control
01 Stop Sign
02 Traffic Signal
03 Flashing Traffic Signal
04 School Zone Signs
05 Yield Sign
06 Warning Sign
07 Railroad Advance Warning Sign
08 Railroad Cross Bucks
09 Railroad Gates
10 Railroad Signal
11 No Passing Zone
12 Person (including flagger, law enforcement, crossing guard, etc.)
13 Abnormal Control
14 Other
99 Unknown

### Road Surface Conditions
Unit 1: 01   Unit 2: 01
01 Dry
02 Wet
03 Ice/Frost
04 Snow
05 Mud, Dirt, Gravel
06 Slush
07 Water (standing, moving)
08 Sand
09 Oil
10 Other
99 Unknown

### Road Character

**Grade** Unit 1: 1  Unit 2: 1
1 Level
2 Hillcrest
3 Uphill
4 Downhill
5 Sag (bottom)

**Road Alignment** Unit 1: 1  Unit 2: 1
1 Straight
2 Curve - Left
3 Curve - Right

**Road Surface Type** Unit 1: 2  Unit 2: 2
1 Concrete
2 Asphalt
3 Gravel
4 Dirt
5 Brick
6 Other
9 Unknown

### Trafficway
Unit 1: 3   Unit 2: 3
0 Not Applicable
1 One Way
2 Two-Way - Not Divided
3 Two-Way - Divided
4 Two-Way - Divided - Positive Median Barrier
5 Turn Lane
6 Ramp / Loop
7 Driveway
8 Alley / Parking Lot
9 Unknown

### Vehicle Removal
Unit 1: 1   Unit 2: 1
0 Not Applicable
1 Towed Due to Vehicle Damage
2 Towed For Reasons Other Than Damage
3 Remained at Scene
4 Driven from Scene
9 Unknown

### Vehicle Condition
Unit 1: 01   Unit 2: 01
00 Not Applicable
01 Apparently Normal
02 Brakes
03 Headlights
04 Steering
05 Tail Lights
06 Brake Lights
07 Tires/Wheels
08 Suspension
09 Signal lights
10 Windows
11 Truck Coupling/Trailer Hitch/Safety Chains
12 Mirrors   15 Other
13 Wipers    99 Unknown
14 Power Train

### Special Function of Vehicle
Unit 1: 00   Unit 2: 00
00 Not Applicable
01 School Bus
02 Transit Bus
03 Intercity Bus
04 Charter Bus
05 Other Bus
06 Military
07 OHP
08 Other Police
09 Other Law Enforcement
10 Ambulance
11 Fire Truck
12 Public Owned Vehicle
13 Highway Equipment
14 Special Mobilized Machine
15 Other   99 Unknown

### Emergency Vehicle Responding to an Emergency
Unit 1: 0   Unit 2: 0
0 N/A   2 No
1 Yes   9 Unknown

### Unsafe / Unlawful Contributing Factors
Unit 1: 72   Unit 2: 98

**FAILED TO YIELD**
01 From Stop Sign
02 From Yield Sign
03 Private Drive
04 County Road at Through Highway
05 From Signal Light
06 From Alley
07 To Pedestrian
08 To Vehicle on Right
09 To Vehicle in Intersection
10 To Emergency Vehicles
12 Other

**FOLLOWED TOO CLOSELY**
13 Human Element
14 Traffic Condition
15 Weather Condition

**UNSAFE SPEED**
16 Driver's Ability (Aged)
17 Inexperienced Driver - Young
18 Exceeding Legal Limit
19 For Traffic Conditions
20 For Type of Roadway (Gravel, Dirt, etc.)
21 For Ice or Snow on Roadway
22 Rain or Wet Roadway
23 Wind
24 Other Weather Conditions
25 Vehicle Condition
26 View Obstruction
27 On Curve/Turn
28 Impeding Traffic
29 Other

**IMPROPER TURN**
30 From Wrong Lane
31 From Direct Course
32 Right
33 Left
34 Turn About/U-Turn
35 To Enter Private Drive
36 In Front of Oncoming Traffic
37 Other
38 CHANGED LANES UNSAFELY
39 STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
40 For Stop Sign
41 For Traffic Signal
42 For School Bus
43 For Railroad Gates/Signal
44 For Officer/Flagman
45 At Sidewalk/Stopline
46 Other

**UNSAFE VEHICLE**
47 Brakes
48 Steering
49 Tires
50 Suspension
51 Headlights
52 Tail Lights
53 Stop Lights
54 Wheel
55 Exhaust System
56 Windshield Wipers
57 Other Mechanical Defects

**LEFT OF CENTER**
58 In Meeting
59 No Passing Zone (Unmarked)
60 Marked Zone
61 Other

**IMPROPER OVERTAKING**
62 In Marked Zone
63 On Hill/Curve
64 At Intersection
65 Without Sufficient Clearance
66 Other

**IMPROPER PARKING**
67 On Roadway
68 Where Prohibited
69 Other

**INATTENTION**
70 Distracted by Passenger in Vehicle
71 Other Distraction Inside Vehicle
72 Distraction From Outside Vehicle
73 Other

**WRONG WAY**
74 On One Way
75 On Exit Ramp
76 On Entrance Ramp
77 Other

**IMPROPER START FROM**
78 Parked Position
79 Other
80 ALCOHOL-DUI/DWI
81 DRUG-DUI
**OTHER IMPROPER ACT/MOVEMENT**
82 Failed to Signal
83 Disregarded Warning Signal
84 Improper Use of Lane
85 Improper Backing
86 Apparently Sleepy
87 Failed to Secure Load
88 Other/Unknown
**UNKN./NO IMPROPER ACT**
89 Deer in Roadway
90 Animal in Roadway
91 Domestic Animal in Rdwy
92 Avoiding Other Vehicle
93 Avoiding Pedestrian
94 Object/Debris in Roadway
95 Defect in Roadway
96 Abnormal Traffic Control
97 Improper Bicyclist Action
98 NO IMPROPER ACTION BY DRIVER
99 PEDESTRIAN ACTION

### Point of First Contact on Vehicle
Unit 1: 12   Unit 2: 07

### Most Damaged Area
Unit 1: 12   Unit 2: 08

00 Not Applicable   14 Undercarriage
13 Top              99 Unknown

DPS: 0192-03 REV 0107

| Case Number | F00614-19 | | | | | | Pg 4 of 9 |
|---|---|---|---|---|---|---|---|
| Latitude | 33.8199 N | Longitude | -97.1314 W | Railroad Crossing Number | | Roadway Orientation | |
| | | | | | | Unit Number 01  NE SW  S | Unit Number 02  NE SW  S |


Indicate North by Arrow

**COLLISION EVENTS**

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 01 | 17 | 34 | 35 | 00 | 35 | 34 |
| 02 | 35 | 00 | 00 | 00 | 35 | |

00 Not Applicable
10 Overturn/Rollover
11 Fire/Explosion
12 Immersion
13 Jackknife
14 Cargo/Equipment Loss or Shift
15 Equipment Failure (Blown Tire, Brake Failure, etc.)
16 Separation of Units
17 Departed Road Right
18 Departed Road Left
19 Cross Median/Centerline
20 Downhill Runaway
21 Fell/Jumped From Motor Vehicle
22 Thrown Or Falling Object
23 Other Non-Collision
**PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:**
30 Pedestrian
31 Pedal Cycle
32 Railway Vehicle (train, engine)
33 Animal
34 Motor Vehicle in Transport
35 Parked Motor Vehicle
36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
37 Work Zone/Maintenance Equipment
38 Other Non-Fixed Object
**FIXED OBJECT:**
40 Barrier (Cable)
41 Barrier (Concrete)
42 Barrier (Other)
43 Fence Pole
44 Fence
45 Traffic Signal Support
46 Traffic Sign Support
47 Utility Pole/Light Support
48 Other Post/Pole/Support
49 Guardrail/Guardrail Face
50 Guardrail End
51 Culvert
52 Curb
53 Island
54 Sand Barrels
55 Impact Attenuator/ Crash Cushion
56 Pavement Drop-Off
57 Ditch
58 Embankment
59 Tree (Standing)
60 Dividing Strip
61 Retaining Wall
62 Bridge Abutment
63 Bridge Pier or Support
64 Bridge Rail
65 Bridge Post
66 Bridge Curb
67 Bridge Super Structure (Beams)
68 Bridge Overhead Structure
69 Delineator
70 Mailbox
71 Other Fixed Object
72 Other Highway Structure
73 Ground
99 Unknown

**Remarks**

UNIT 1 WAS SOUTH BOUND ON I35 OUTSIDE LANE. UNITS 2, AND 3 WERE PARKED ON THE SHOULDER OF THE ROADWAY. UNIT 1 THEN DEPARTED ROADWAY RIGHT AND STRUCK UNIT 2 AND UNIT 3. ARE OF IMPACT WAS APPROXIMATELY 4' WEST OF THE WEST EDGE OF I35 AND 10' SOUTH OF MM 7. AREA OF REST FOR UNIT 1 WAS APPROXIMATELY 119' SOUTH OF AREA OF IMPACT AND 14' WEST OF THE WEST EDGE OF I 35. AREA OF REST FOR UNIT 2 WAS APPROX. 89' SOUTH OF AREA OF IMPACT AND 15' WEST OF THE WEST EDGE OF I 35. AREA OF REST FOR UNIT 3 WAS APPROXIMATELY 135' SOUTH OF AREA OF IMPACT AND 25' WEST OF THE WEST EDGE OF I 35. UNIT 1 STATED HE LOOKED OVER HIS LEFT SHOULDER AT A TRUCK PASSING, THEN HE STRUCK A PICKUP ON THE SHOULDER OF THE ROADWAY. ALL DRIVERS OF THE PICK UP TRUCKS WERE OUT OF THEIR CARS ASSISTING ANOTHER MOTORIST IN FIXING A FLAT TIRE.

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.



DPS: 0192-04 REV 0107

Pg 5 of 9

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

DO NOT WRITE IN THIS SPACE

Incident Report: Y [x] N
Investigation Completed: Y [x] N
Investigation Made at Scene: Y [x] N
Photographs: Y [x] N
Revised: Y N [x]
Fatality: Y N [x]
Hit and Run: Y N [x]

**(1) Reporting Agency:** OKLAHOMA HIGHWAY PATROL
**Case Number (Agency Use):** F00614-19
**Motor Vehicles Involved:** 03
**Number Injured:** 03
**Number Killed:** 00

**(2) Date of Collision (mm/dd/yyyy):** 05/20/2019
**Time:** 1543
**County Number and Name:** 43 LOVE
**Nearest City or Town Number and Name:** Near [x] 00 THACKERVILLE

**(3) Distance from Nearest City or Town Limits:** 0020 Mi.[x] N[x] S
**Control #:** 17
**Int ID:** 00
**Location:** 07 00
**East Grid:** 047 . 7
**North Grid:** 014 . 7
**Administrative:** PARIS

**(4) Street, Road or Highway:** I-35
**Distance from At:** 0010 Ft.[x] S[x] W
**(Nearest) Intersecting Street, Road or Highway:** MM 7

**(5) Unit:** 03  **Occupants:** 01  **Type:** C  **Hit & Run / CMV:**
**Last Name:** BRUGH  **First:** ROBERT  **Middle:** W  **Suffix:**
**Date of Birth:** 10/02/1972  **Sex:** M

**(6) Address:** 17713 BLACKHAWK CIR  **City:** EDMOND  **State:** OK  **Zip:** 73012  **Telephone:** (701)690-5019

**(7) Driver License Number:** BRU725053  **State:** OK  **Class:** D  **Endorsement(s):**  **Restriction(s):**  **Inj. Sev.:** 2  **Type of Injury:** 3  **Drv./Ped. Cond.:** 00  **OP Use:** 00

**(8) Air Bag:** 1  **Ejected:** 1  **Extricated:** 1  **Test:** 5  **(% BAC):** 0.  **Transported by:** SOAS  **To Medical Facility:** NORTH TEAXAS HOSPITAL  **License Plate Number:** JET204  **State:** OK  **Month:** 10  **Year:** 2019

**(9) VIN:** 3C63RRNL7JG140674  **Vehicle Year:** 2018  **Color:** BLK  **2nd Color:** 0  **Make:** RAM  **Model:** 3500  **Veh. Conf.:** 04  **Extent of Damage:** 4

**(10) Insurance Verification:** 2  **Insurance Company Name:** PROGRESSIVE NORTHERN INS CO (38628)  **Policy Number:** 927720299  **Insurance Telephone:** 9

**(11) Vehicle Removed by Driver:** MCGEHEE WRECKER  Same as Driver  **Owner's Last Name:** BRUGH  **First:** ROBERT  **Middle:** WAYNE JR  **Suffix:**

**(12) Owner's Address:** 17713 BLACK HAWK CIR  **City:** EDMOND  **State:** OK  **Zip:** 73012  **Oversized Load:** 0  **Towed Veh. Type:** 04  Rolled [ ] Burned [ ]  Phone present [ ] Phone in use [ ]

**(13) Citation Number:**  **Statute/Ordinance Number:**  **Citation Number:**  **Statute/Ordinance Number:**

**(14) Unit:**  **Occupants:**  **Type:**  **Hit & Run / CMV:**  **Last Name:**  **First:**  **Middle:**  **Suffix:**  **Date of Birth:**  **Sex:**

**(15) Address:**  **City:**  **State:**  **Zip:**  **Telephone:**

**(16) Driver License Number:**  **State:**  **Class:**  **Endorsement(s):**  **Restriction(s):**  **Inj. Sev.:**  **Type of Injury:**  **Drv./Ped. Cond.:**  **OP Use:**

**(17) Air Bag:**  **Ejected:**  **Extricated:**  **Test:**  **(% BAC):** 0.  **Transported by:**  **To Medical Facility:**  **License Plate Number:**  **State:**  **Month:**  **Year:**

**(18) VIN:**  **Vehicle Year:**  **Color:**  **2nd Color:**  **Make:**  **Model:**  **Veh. Conf.:**  **Extent of Damage:**

**(19) Insurance Verification:**  **Insurance Company Name:**  **Policy Number:**  **Insurance Telephone:**

**(20) Vehicle Removed by Driver:**  Same as Driver  **Owner's Last Name:**  **First:**  **Middle:**  **Suffix:**

**(21) Owner's Address:**  **City:**  **State:**  **Zip:**  **Oversized Load:**  **Towed Veh. Type:**  Rolled [ ] Burned [ ]  Phone present [ ] Phone in use [ ]

**(22) Citation Number:**  **Statute/Ordinance Number:**  **Citation Number:**  **Statute/Ordinance Number:**

**(23) Investigating Officer:** M Rodriguez  **Badge Number:** 751  **Trp/Div. Assigned:** F  **Trp/Div. Location:** F  **Reviewer (Init.):** BS  **Reviewer Badge Number:** 115  **Date of Report:** 05/20/2019

---

**Unit Type:** D Driver, P Pedestrian, X Pedestrian Conveyance, B Bicyclist, Z Other Cyclist, C Parked Car, A Animal, T Train
**Injury Severity:** 0 N/A, 1 No Injury, 2 Possible, 3 Non-incapacitating, 4 Incapacitating, 5 Fatal, 9 Unknown
**Type of Injury:** 0 N/A, 1 Head, 2 Trunk-External, 3 Trunk-Internal, 4 Arms, 5 Legs, 9 Unknown
**Driver/Pedestrian Condition:** 00 Not Applicable, 01 Apparently Normal, 02 Drinking - Ability Impaired, 03 Odor of Alcohol Beverage, 04 Illegal Drugs, 05 Under the Influence of, 06 Very Tired, 07 Sleepy, 08 Ill (Sick), 09 Dizzy/Faint, 10 Emotional, 11 Other, 99 Unknown
**Occupant Protection (OP) In Use:** 00 Not Applicable, 01 None Used, 02 Lap Belt Only, 03 Shoulder Belt Only, 04 Shoulder and Lap Belt, 05 Child Restraint Type Unknown, 06 Restraint Used - Type Unknown, 07 Helmet, 08 Child Restraint - Forward Facing, 09 Child Restraint - Rear Facing, 10 Booster Seat, 11 Other, 99 Unknown

**Air Bag Deployed:** 0 Not Applicable, 1 Not Deployed, 2 Deployed - Front, 3 Deployed - Side, 4 Deployed - Other (knee, air belt, etc.), 5 Deployed - Combination, 9 Deployment Unknown
**Ejected:** 0 Not Applicable, 1 Not Ejected, 2 Ejected, Partially, 3 Ejected, Totally, 9 Unknown
**Extricated:** 0 N/A, 1 No, 2 Yes
**Chemical Test:** 0 N/A, 1 Blood, 2 Breath, 3 Blood/Breath, 4 Test Refused, 5 None Given, 6 Other
**Extent of Damage:** 0 N/A, 1 None, 2 Minor, 3 Functional, 4 Disabling, 9 Unknown
**Insurance Verification:** 0 N/A, 1 No, 2 Owner, 3 Operator, 4 Exempt
**Oversized Load:** 0 N/A, N Not Permitted, P Permitted
**Towed Vehicle Type:** 00 N/A, 01 Boat Trailer, 02 House Trailer, 03 Farm Trailer, 04 Horse Trailer, 05 Another Vehicle, 06 Utility Trailer, 07 Homemade Trailer, 08 Box Trailer, 09 StockTrailer, 10 Camping Trailer, 11 Combination, 12 Other, 99 Unknown

**WARNING - STATE LAW**  Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

| Case Number | F00614-19 | | | | | | | | Pg 6 of 9 |
|---|---|---|---|---|---|---|---|---|---|

### (24) Unit / Occupant

| (24) Unit | Injured | Passenger [x] | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 03 | Witness | Prop. Owner | 13 | DZHKHANIAR | MARIIA | | | 11/30/1996 | F |

| (25) Address | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|
| Same as Driver [x] | | | | 9 |

| (26) Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|
| 1  0 | 04 | 1 | 1 | 1 | | | |

### (27)–(35) Additional occupants — blank

(All subsequent occupant blocks 27 through 35 are blank.)

---

**Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS, or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER**

(36) Unit — Carrier Name — Address: blank
(37) City — State — Zip — GVWR / GCWR — Axle Qty — Cargo Body — Vehicle Use: blank
(38) U.S. DOT Number — NASI Report Number: OK — Placard Number — Haz. Mat. Class — Haz. Mat. Involved — Haz. Mat. Release: blank

(39) Unit — Carrier Name — Address: blank
(40) City — State — Zip — GVWR / GCWR — Axle Qty — Cargo Body — Vehicle Use: blank
(41) U.S. DOT Number — NASI Report Number: OK — Placard Number — Haz. Mat. Class — Haz. Mat. Involved — Haz. Mat. Release: blank

---

**Position in Vehicle** / **Vehicle Configuration** / **Cargo Body Type** (legend/diagram)

Position in Vehicle codes: 00 Not Applicable; 18 Front Row - Other; 28 Second Row - Other; 38 Third Row - Other; 48 Fourth Row - Other; 50 Sleeper Section of Truck Cab. See manual for additional seating examples.

Vehicle Configuration: 00 N/A; 01 Passenger Veh.-2 Dr; 02 Passenger Veh.-4 Dr; 03 Passenger Veh. Conv.; 04 Pickup; 05 Single Unit Truck, 2 axles; 06 Single Unit Truck, 3+ axles; 07 School Bus; 08 Truck/Trailer; 09 Truck-Tractor (Bobtail); 10 Truck-Tractor/Semi-Trailer; 11 Truck-Tractor/Double; 12 Truck-Tractor/Triple; 13 Bus/Large Van 9-15 occupants including driver; 14 Bus 16+ occupants including driver; 15 Motorcycle; 16 Motor Scooter/Moped; 17 Motor Home; 18 Farm Machinery; 19 ATV; 20 SUV; 21 Passenger Van; 22 Truck more than 10,000 lbs., Cannot Classify; 23 Van 10,000 lbs. or Less; 24 Other; 99 Unknown.

Cargo Body Type: 00 N/A; 01 Bus 9-15 seats; 02 Bus 16+ seats; 03 Van / Enclosed Box / Stock Trailer; 04 Cargo Tank; 05 Flatbed; 06 Intermodal; 07 Dump Truck/Trailer; 08 Concrete Mixer; 09 Auto Transporter; 10 Garbage/Refuse; 11 Hopper (grain/chips/gravel); 12 Pole Trailer; 13 Log Trailer; 14 Vehicle Towing Vehicle; 15 Other; 99 Unknown.

DPS: 0192-02 REV 0107

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Case Number: F00614-19  Pg 7 of 9

| Unit | Total Lanes in Roadway | Legal Speed | Pedestrian/Pedalcyclist Only — Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking |
|---|---|---|---|---|---|---|
| This unit will correspond to 'Unit 1': 03 | 00 | 70 | | | | |
| This unit will correspond to 'Unit 2': | | | | | | |

**Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)** Yes ☐  No ☒

### Type of Work Zone
1. Lane Closure
2. Lane Shift/Crossover
3. Work on Shoulder or Median
4. Intermittent or Moving Work
9. Unknown

### Location of the Work Zone Collision
1. Before the First Work Zone Warning Sign
2. Advance Warning Area
3. Transition Area
4. Activity Area
5. Termination Area
9. Unknown

Workers Present  Yes ☐  No ☐  Unknown ☐

### Light  [1]
1. Daylight
2. Dark-Not Lighted
3. Dark-Lighted
4. Dawn
5. Dusk
6. Dark-Unknown Lighting
7. Other
9. Unknown

### Weather  [03]
01. Clear
02. Fog/Smog/Smoke
03. Cloudy
04. Rain
05. Snow
06. Sleet/Hail (Freezing Rain/Drizzle)
07. Severe Crosswind
08. Blowing Snow
09. Blowing Sand, Soil, Dirt
10. Other
99. Unknown

### Locality  [5]
1. Residential
2. Business
3. Industrial
4. School
5. Not Built-up
6. Mixed Use
7. Other
9. Unknown

### Type of Intersection  [0]
0. Not an Intersection
2. Y-Intersection
3. T-Intersection
4. Four-Way Intersection
5. Five-Point or More
6. Intersection as Part of Interchange
7. Traffic Circle
8. Roundabout
9. Unknown

### Incident Type  [00]
00. Not an Incident
51. Private Property
52. Deliberate Intent
53. Medical Condition
54. Legal Intervention
55. Suicide
57. Drowning
58. Other

### Location of First Harmful Event  [02]
01. On Roadway
02. Shoulder
03. Median
04. Roadside
05. Gore
06. Separator
07. Parking Lane/Zone
08. Off Roadway, Location Unknown
09. Outside Right-of-Way
10. Other
99. Unknown

### What Vehicle Was Going to Do  Unit 1 [13]  Unit 2 [ ]
00. Not Applicable
01. Go Ahead
02. Turn Left
03. Turn Right
04. Make "U" Turn
05. Stop
06. Slow for Cause
07. Start from Park/Stop
08. Change Lanes
09. Overtake
10. Pass
11. Back
12. Remain Stopped
13. Remain Parked
14. Enter/Merge in Traffic
15. Negotiate a Curve
16. Park
17. Other
99. Unknown

### What Vehicle Did  Unit 1 [07]  Unit 2 [ ]
00. Not Applicable
01. Went Ahead
02. Turned Left
03. Turned Right
04. Entered "U" Turn
05. Stopped
06. Slowed
07. Started From Park/Stop
08. Entered Other Lane
09. Overtaking
10. Passing
11. Backed
12. Remained Stopped
13. Remained Parked
14. Entered/Merged
15. Departed Rdwy-Right
16. Departed Rdwy-Left
17. Swerved Right
18. Swerved Left
19. Parked
20. Other
99. Unknown

### Visibility Obscured by  Unit 1 [00]  Unit 2 [ ]
00. Not Applicable
01. Trees
02. Embankment
03. Building
04. Signs
05. Parked Vehicles
06. High Weeds
07. Fences
08. Shrubbery
09. Ice, Snow or Frost on Windows
10. Smoke
11. Fog
12. Dust
13. Rain
14. Sun
15. Other
99. Unknown

### Driver Distracted by  Unit 1 [0]  Unit 2 [ ]
0. Not Applicable/None
1. Electronic Communication Devices
2. Other Electronic Device
3. Other Inside Vehicle
4. Other Outside Vehicle
9. Unknown

### Underride/Override  Unit 1 [ ]  Unit 2 [ ]
0. Not Applicable
1. No Underride or Override
2. Underride, Compartment Intrusion
3. Underride, No Compartment Intrusion
4. Underride, Compartment Intrusion Unknown
5. Override, Motor Vehicle in Transport
6. Override, Other Motor Vehicle
9. Unknown

### Traffic Control  Unit 1 [00]  Unit 2 [ ]
00. No Control
01. Stop Sign
02. Traffic Signal
03. Flashing Traffic Signal
04. School Zone Signs
05. Yield Sign
06. Warning Sign
07. Railroad Advance Warning Sign
08. Railroad Cross Bucks
09. Railroad Gates
10. Railroad Signal
11. No Passing Zone
12. Person (including flagger, law enforcement, crossing guard, etc.)
13. Abnormal Control
14. Other
99. Unknown

### Road Surface Conditions  Unit 1 [01]  Unit 2 [ ]
01. Dry
02. Wet
03. Ice/Frost
04. Snow
05. Mud, Dirt, Gravel
06. Slush
07. Water (standing, moving)
08. Sand
09. Oil
10. Other
99. Unknown

### Road Character

**Grade**  Unit 1 [1]  Unit 2 [ ]
1. Level
2. Hillcrest
3. Uphill
4. Downhill
5. Sag (bottom)

**Road Alignment**  Unit 1 [1]  Unit 2 [ ]
1. Straight
2. Curve - Left
3. Curve - Right

**Road Surface Type**  Unit 1 [2]  Unit 2 [ ]
1. Concrete
2. Asphalt
3. Gravel
4. Dirt
5. Brick
6. Other
9. Unknown

### Trafficway  Unit 1 [3]  Unit 2 [ ]
0. Not Applicable
1. One Way
2. Two-Way - Not Divided
3. Two-Way - Divided
4. Two-Way - Divided - Positive Median Barrier
5. Turn Lane
6. Ramp / Loop
7. Driveway
8. Alley / Parking Lot
9. Unknown

### Vehicle Removal  Unit 1 [1]  Unit 2 [ ]
0. Not Applicable
1. Towed Due to Vehicle Damage
2. Towed For Reasons Other Than Damage
3. Remained at Scene
4. Driven from Scene
9. Unknown

### Vehicle Condition  Unit 1 [01]  Unit 2 [ ]
00. Not Applicable
01. Apparently Normal
02. Brakes
03. Headlights
04. Steering
05. Tail Lights
06. Brake Lights
07. Tires/Wheels
08. Suspension
09. Signal lights
10. Windows
11. Truck Coupling/Trailer Hitch/Safety Chains
12. Mirrors
13. Wipers
14. Power Train
15. Other
99. Unknown

### Special Function of Vehicle  Unit 1 [00]  Unit 2 [ ]
00. Not Applicable
01. School Bus
02. Transit Bus
03. Intercity Bus
04. Charter Bus
05. Other Bus
06. Military
07. OHP
08. Other Police
09. Other Law Enforcement
10. Ambulance
11. Fire Truck
12. Public Owned Vehicle
13. Highway Equipment
14. Special Mobilized Machine
15. Other
99. Unknown

### Emergency Vehicle Responding to an Emergency  Unit 1 [0]  Unit 2 [ ]
0. N/A
1. Yes
2. No
9. Unknown

### Unsafe / Unlawful Contributing Factors  Unit 1 [ ]  Unit 2 [98]

**FAILED TO YIELD**
01. From Stop Sign
02. From Yield Sign
03. Private Drive
04. County Road at Through Highway
05. From Signal Light
06. From Alley
07. To Pedestrian
08. To Vehicle on Right
09. To Vehicle in Intersection
10. To Emergency Vehicles
12. Other

**FOLLOWED TOO CLOSELY**
13. Human Element
14. Traffic Condition
15. Weather Condition

**UNSAFE SPEED**
16. Driver's Ability (Aged)
17. Inexperienced Driver - Young
18. Exceeding Legal Limit
19. For Traffic Conditions
20. For Type of Roadway (Gravel, Dirt, etc.)
21. For Ice or Snow on Roadway
22. Rain or Wet Roadway
23. Wind
24. Other Weather Conditions
25. Vehicle Condition
26. View Obstruction
27. On Curve/Turn
28. Impeding Traffic
29. Other

**IMPROPER TURN**
30. From Wrong Lane
31. From Direct Course
32. Right
33. Left
34. Turn About/U-Turn
35. To Enter Private Drive
36. In Front of Oncoming Traffic
37. Other
38. CHANGED LANES UNSAFELY
39. STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
40. For Stop Sign
41. For Traffic Signal
42. For School Bus
43. For Railroad Gates/Signal
44. For Officer/Flagman
45. At Sidewalk/Stopline
46. Other

**UNSAFE VEHICLE**
47. Brakes
48. Steering
49. Tires
50. Suspension
51. Headlights
52. Tail Lights
53. Stop Lights
54. Wheel
55. Exhaust System
56. Windshield Wipers
57. Other Mechanical Defects

**LEFT OF CENTER**
58. In Meeting
59. No Passing Zone (Unmarked)
60. Marked Zone
61. Other

**IMPROPER OVERTAKING**
62. In Marked Zone
63. On Hill/Curve
64. At Intersection
65. Without Sufficient Clearance
66. Other

**IMPROPER PARKING**
67. On Roadway
68. Where Prohibited
69. Other

**INATTENTION**
70. Distracted by Passenger in Vehicle
71. Other Distraction Inside Vehicle
72. Distraction From Outside Vehicle
73. Other

**WRONG WAY**
74. On One Way
75. On Exit Ramp
76. On Entrance Ramp
77. Other

**IMPROPER START FROM**
78. Parked Position
79. Other
80. ALCOHOL-DUI/DWI
81. DRUG-DUI

**OTHER IMPROPER ACT/MOVEMENT**
82. Failed to Signal
83. Disregarded Warning Signal
84. Improper Use of Lane
85. Improper Backing
86. Apparently Sleepy
87. Failed to Secure Load
88. Other/Unknown

**UNKN./NO IMPROPER ACT**
89. Deer in Roadway
90. Animal in Roadway
91. Domestic Animal in Rdwy
92. Avoiding Other Vehicle
93. Avoiding Pedestrian
94. Object/Debris in Roadway
95. Defect in Roadway
96. Abnormal Traffic Control
97. Improper Bicyclist Action
98. NO IMPROPER ACTION BY DRIVER
99. PEDESTRIAN ACTION

### Point of First Contact on Vehicle  Unit 1 [07]  Unit 2 [ ]

### Most Damaged Area  Unit 1 [07]  Unit 2 [ ]
00. Not Applicable
13. Top
14. Undercarriage
99. Unknown

DPS: 0192-03 REV 0107

| Case Number | F00614-19 | | | | | | Pg 8 of 9 |
|---|---|---|---|---|---|---|---|
| Latitude | 33.8199 N | Longitude | -97.1314 W | Railroad Crossing Number | | Roadway Orientation | |
| | | | | | Unit Number 03 | N E S W  S | Unit Number  N E S W |

Indicate North by Arrow

**COLLISION EVENTS**

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 03 | 35 | 00 | 00 | 00 | 35 | 34 |
| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | |
| | | | | | | |

- 00  Not Applicable
- 10  Overturn/Rollover
- 11  Fire/Explosion
- 12  Immersion
- 13  Jackknife
- 14  Cargo/Equipment Loss or Shift
- 15  Equipment Failure (Blown Tire, Brake Failure, etc.)
- 16  Separation of Units
- 17  Departed Road Right
- 18  Departed Road Left
- 19  Cross Median/Centerline
- 20  Downhill Runaway

- 21  Fell/Jumped From Motor Vehicle
- 22  Thrown Or Falling Object
- 23  Other Non-Collision
- **PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:**
- 30  Pedestrian
- 31  Pedal Cycle
- 32  Railway Vehicle (train, engine)
- 33  Animal
- 34  Motor Vehicle in Transport
- 35  Parked Motor Vehicle
- 36  Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle

- 37  Work Zone/Maintenance Equipment
- 38  Other Non-Fixed Object
- **FIXED OBJECT:**
- 40  Barrier (Cable)
- 41  Barrier (Concrete)
- 42  Barrier (Other)
- 43  Fence Pole
- 44  Fence
- 45  Traffic Signal Support
- 46  Traffic Sign Support
- 47  Utility Pole/Light Support
- 48  Other Post/Pole/Support
- 49  Guardrail/Guardrail Face
- 50  Guardrail End
- 51  Culvert
- 52  Curb
- 53  Island
- 54  Sand Barrels
- 55  Impact Attenuator/ Crash Cushion

- 56  Pavement Drop-Off
- 57  Ditch
- 58  Embankment
- 59  Tree (Standing)
- 60  Dividing Strip
- 61  Retaining Wall
- 62  Bridge Abutment
- 63  Bridge Pier or Support
- 64  Bridge Rail
- 65  Bridge Post
- 66  Bridge Curb
- 67  Bridge Super Structure (Beams)
- 68  Bridge Overhead Structure
- 69  Delineator
- 70  Mailbox
- 71  Other Fixed Object
- 72  Other Highway Structure
- 73  Ground
- 99  Unknown

**Remarks**

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.



DPS: 0192-04 REV 0107

## OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT
## DIAGRAM SUPPLEMENTAL

Case Number  F00614-19

Pg 9 of 9



I-35 S/B LANES

Not To Scale



DPS: 0192-SUPP02 REV 0107