**Exhibit "1"**

**Defendants Represented by Jennings Teague, P.C.**

LGSI Equipment of Indiana, LLC

UACL Logistics, LLC

UACL Logistics, LLC d/b/a Universal

Universal Truckload Services, Inc.

Universal Truckload Services, Inc., d/b/a U.T.S.I., Inc.

Universal Logistics Holdings, Inc.

Universal Logistics Holdings, Inc. d/b/a U.T.S.I., Inc.

Universal Truckload, Inc.

Universal Truckload, LLC

Universal Truckload, LLC d/b/a Universal

Universal Management Services, Inc.

Universal Management Services, Inc. d/b/a Universal Truckload Services, Inc.

Universal Management Services, Inc. d/b/a Universal Logistics Holdings, Inc.

Universal Specialized, Inc.

Universal Specialized, LLC

UACL Specialized, LLC

Universal Logistics Solutions International, Inc.

Cavalry Logistics International, Inc.

Gerald Lynn Sears