UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICHOLAS AARON VENTRESCA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LGSI EQUIPMENT of INDIANA, LLC, et al, <br><br> Defendants. <br><br> GEICO CASUALTY COMPANY, <br><br> Intervenor, <br><br> vs. <br><br> LGSI EQUIPMENT of INDIANA, LLC, and GERALD LYNN SEARS, <br><br> Defendants in Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.   CV–21–191–JAR |

ADMINISTRATIVE CLOSING ORDER

This Court acknowledges the telephonic announcement of counsel that this case has settled. Based upon the representations of counsel, this Court finds this case should be administratively closed, pending the memorialization of the settlement and dismissal of the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties.

But, in any event, Plaintiff shall submit a judgment, stipulation of dismissal, or other closing document no later than **MAY 2, 2023**, or the case will be deemed dismissed with prejudice in its entirety.

IT IS FURTHER ORDERED that the deadlines set in the Second Amended Scheduling Order entered September 29, 2022 including the Pretrial Conference set on March 30, 2023 at 9:30 a.m. and the Jury Trial set May 15, 2023 are hereby **STRICKEN**.

IT IS SO ORDERED this 1st day of February, 2023.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE