IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICHOLAS AARON VENTRESCA, et al., ) ) ) Plaintiffs, ) ) vs. ) ) LGSI EQUIPMENT OF INDIANA, ) LLC, et al., ) ) Defendants, ) ) GEICO CASUALTY COMPANY, ) ) Intervenor, ) vs. ) ) LSGI EQUIPMENT OF INDIANA, ) LLC, and GERALD LYNN SEARS, ) ) Defendants in ) Intervention. ) | Case No. CIV-21-191-JAR |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Plaintiffs, Intervenor Geico Casualty Company, and all Defendants hereby stipulate that the claims of Plaintiffs and Intervenor in the above-captioned matter shall be dismissed with prejudice. Each party shall be responsible for bearing its own costs.

Dated this 30th day of June, 2023.

Respectfully submitted,

*s/ Jeffrey L. Edwards*
*(signed by Laura L. Eakens with permission of Jeffrey L. Edwards)*
Jeffrey L. Edwards, OBA #13940
Lynn M. Flynn, OBA #14225
Flynn, Edwards & O'Neal, PLLC
Post Office Box 170
Roland, Oklahoma 74954

*s/ Brent Goudarzi*
*(signed by Laura L. Eakens with permission of Brent Gourdarzi)*
Brent Goudarzi, *Pro Hac Vice*
Keith L. Langston, *Pro Hac Vice*
Jessica Allen, *Pro Hac Vice*
Goudarzi & Young, LLP
3522 North Fourth Street
Longview, Texas 75605

*s/ Michael Burrage*
*(signed by Laura L. Eakens with permission of Michael Burrage)*
Michael Burrage, OBA #1350
Whitten Burrage
512 North Broadway Avenue, Suite 1350
Oklahoma City, Oklahoma 73102
**ATTORNEYS FOR PLAINTIFFS**

*s/ Lori A. Sander*
*(signed by Laura L. Eakens with permission of Joseph M. Winters)*
Lori A. Sander, OBA #16577
Joseph M. Winters, OBA #34825
Felker, Sander & Associates, P.C.
3033 Northwest 63rd Street, Suite 100E
Oklahoma City, Oklahoma 73116
**ATTORNEY FOR INTERVENOR GEICO CASUALTY COMPANY**

2

/s/ Laura L. Eakens
J. Derrick Teague, OBA #15131
Laura L. Eakens, OBA #20196
JENNINGS | TEAGUE, P.C.
204 North Robinson, Suite 1000
Oklahoma City, Oklahoma 73102
Telephone:   (405) 609.6000
Fax:              (405) 609.6501
E-mail :       dteague@jenningsteague.com
                    leakens@jenningsteague.com

**ATTORNEYS FOR DEFENDANTS, LGSI EQUIPMENT OF INDIANA, LLC; UACL LOGISTICS, LLC; UACL LOGISTICS, LLC D/B/A UNIVERSAL; UNIVERSAL TRUCKLOAD SERVICES, INC.; UNIVERSAL TRUCKLOAD SERVICES, INC., D/B/A U.T.S.I., INC.; UNIVERSAL LOGISTICS HOLDINGS, INC.;  UNIVERSAL LOGISTICS HOLDINGS, INC. D/B/A U.T.S.I., INC.; UNIVERSAL TRUCKLOAD, INC.; UNIVERSAL TRUCKLOAD, LLC; UNIVERSAL TRUCKLOAD, LLC D/B/A UNIVERSAL; UNIVERSAL MANAGEMENT SERVICES, INC.; UNIVERSAL MANAGEMENT SERVICES, INC. D/B/A UNIVERSAL TRUCKLOAD SERVICES, INC.; UNIVERSAL MANAGEMENT SERVICES, INC. D/B/A UNIVERSAL LOGISTICS HOLDINGS, INC.; UNIVERSAL SPECIALIZED, INC.; UNIVERSAL SPECIALIZED, LLC; UACL SPECIALIZED, LLC; UNIVERSAL LOGISTICS SOLUTIONS INTERNATIONAL, INC.; CAVALRY LOGISTICS INTERNATIONAL, INC.; AND GERALD LYNN SEARS**

## CERTIFICATE OF SERVICE

   I hereby certify that on this 30th day of June 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Jeffrey L. Edwards, OBA #13940<br>Lynn M. Flynn, OBA #14225<br>Flynn, Edwards & O'Neal, PLLC<br>Post Office Box 170<br>Roland, Oklahoma 74954<br>Telephone: (918) 323-4351<br>Fax: (918) 518-0504<br>E-mail: jeff@flynnedwardsoneal.com<br>   lynn@flynnedwardsoneal.com<br>**ATTORNEYS FOR PLAINTIFFS** | Lori A. Sander, OBA #16577<br>Joe Winters, OBA #34825<br>Felker, Sander & Associates, P.C.<br>3033 Northwest 63rd Street, Suite 100E<br>Oklahoma City, Oklahoma 73116<br>Telephone: (405) 842-7305<br>Fax: (405) 842-7371<br>E-mail: lori@felkerlaw.com<br>   joe@felkerlaw.com<br>**ATTORNEY FOR INTERVENOR, GEICO CASUALTY COMPANY** |
| Brent Goudarzi, *Pro Hac Vice*<br>Keith L. Langston, *Pro Hac Vice*<br>Jessica Allen, *Pro Hac Vice*<br>Goudarzi & Young, LLP<br>3522 North Fourth Street<br>Longview, Texas 75605<br>Telephone: (903) 843-2544<br>Fax: (903) 843-2026<br>E-mail: radkinson@goudarzi-young.com<br>   klangston@goudarzi-young.com<br>   jallen@goudarzi-young.com<br>   goudarziyoung@goudarzi-young.com<br>**ATTORNEYS FOR PLAINTIFFS** | Michael Burrage, OBA #1350<br>Whitten Burrage<br>512 North Broadway Avenue, Suite 1350<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 516-7800<br>Fax: (405) 516-7859<br>E-mail: mburrage@whittenburragelaw.com<br>**ATTORNEYS FOR PLAINTIFFS** |

J. Derrick Teague, OBA #15131
Laura L. Eakens, OBA #20196
JENNINGS | TEAGUE, P.C.
204 North Robinson, Suite 1000
Oklahoma City, Oklahoma 73102
Telephone:   (405) 609.6000
Fax:              (405) 609.6501
E-mail :        dteague@jenningsteague.com
                    leakens@jenningsteague.com
**ATTORNEYS FOR DEFENDANTS**

                                      */s/ Jeffrey L. Edwards*
                                      Jeffrey L. Edwards